AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Clifford Smalls,<br>*Plaintiff*<br>v.<br>Carson Smith, First Federal Savings and Loan Association of Charleston, SRP 2011-6, LLC, Divergent Financial Service Corp, Raymond Lee Burnette, Jr, Paul Ray Davis, III, Lawter Auther Ray, Jr,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   2:23-cv-02603-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Clifford Smalls, shall take nothing of Defendants, as to the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   January 27, 2025                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/H.Cornwell

                                                                        *Signature of Clerk or Deputy Clerk*